FILED

**Aug 27, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL RODRIGUEZ DIAZ,<br><br>Defendant. | CASE NO. 1:25-MJ-00090-BAM<br><br>**ORDER UNSEALING COMPLAINT** |

The United States, having arrested the defendant, Manuel Rodriguez Diaz, on a complaint and arrest warrant and the need for sealing the complaint has ceased;

IT IS ORDERED that the complaint and arrest warrant shall be unsealed as to defendant Manuel Rodriguez Diaz.

Dated: 8/27/25

Hon. Barbara A. McAuliffe
United States Magistrate Judge

1