Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone (559) 224-1800
Fax (559) 224-1806
E-Mail: serita@seritarioslaw.com

Attorney for Defendant MANUEL RODRIGUEZ DIAZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       vs.<br><br>MANUEL RODRIGUEZ DIAZ,<br><br>                              Defendant. | Case No. 1:25-CR-00179-KES-BAM<br><br>**STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING; AND ORDER**<br><br>Date: December 10, 2025<br>Time: 1:00 p.m.<br>Court: Hon. Barbara A. McAuliffe |

      This matter is set for a status conference hearing on December 10, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference hearing to March 11, 2025.

## STIPULATION

      Defense Counsel, Serita Rios, and Assistant United States Attorney, Cody Chapple, hereby stipulate as follows:

      1.     By previous order, this matter was set for a status conference hearing on December 10, 2025.

2. Through this stipulation, defendant moves to continue the status conference hearing to March 11, 2025, and to exclude time between December 10, 2025, and March 11, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant desires additional time to obtain and review discovery, consult with defendant, conduct investigation and to discuss potential resolution with the government.

b. The government is currently compiling supplemental discovery based on discovery requests made by defense counsel.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of December 10, 2025 to March 11, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§3161(h)(7)(A) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: December 2, 2025

/s/ *Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

Dated: December 2, 2025

/s/ *Cody S. Chapple*
_____
**Cody S. Chapple**
Assistant U.S. Attorney

---

### ORDER

IT IS SO ORDERED that the status conference is continued from December 10, 2025, to **March 11, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **December 2, 2025**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXCLUDE TIME & CONTINUE STATUS CONFERENCE HEARING