Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant MANUEL RODRIGUEZ DIAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MANUEL RODRIGUEZ DIAZ,<br><br>　　　　　　　Defendant. | Case No. 1:25-CR-00179-KES-EPG<br><br>**STIPULATION AND ORDER TO<br>MODIFY CONDITIONS<br>OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that section (7)(m) of Mr. Diaz's conditions (location monitoring) be removed.

Mr. Diaz's Pretrial Services Officer, Lorena Gallagher, and AUSA Cody Chapple agree with this proposed modification. All other terms and conditions of pretrial release will remain in full force and effect.

Dated: December 31, 2025         Respectfully Submitted,

　　　　　　　　　　　　　　　　 */s/ Serita Rios*
　　　　　　　　　　　　　　　　 ─────────────────────
　　　　　　　　　　　　　　　　 **SERITA RIOS**
　　　　　　　　　　　　　　　　 Attorney for Defendant

Dated: December 31, 2025          Respectfully Submitted,

*/s/ Cody S. Chapple*

**Cody S. Chapple**
Assistant United States Attorney

### ORDER

Good cause appearing, section (7)(m) of defendant, MANUEL RODRIGUEZ DIAZ's, conditions of release shall be removed as stated in this stipulation. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 31, 2025**          /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE