**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, California 93721**
**Phone (559) 224-1800**
**Fax (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant MANUEL RODRIGUEZ DIAZ.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MANUEL RODRIGUEZ DIAZ,<br>Defendant. | Case No. 1:25-CR-00179-KES<br>**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

On September 04, 2025, an Indictment was filed against Defendant, MANUEL RODRIGUEZ DIAZ., in federal court. On August 28, 2025, CJA Panel Counsel, Serita Rios, was appointed to represent Mr. Diaz. Mr. Diaz was sentenced pursuant to a plea agreement on September 28, 2026; Mr. Diaz is scheduled to surrender himself on January 6, 2027. The time for filing a direct appeal was October 12, 2026, no direct appeal was filed. The trial phase of Mr. Diaz's criminal case has, therefore, come to an end. Having completed her representation of Mr. Diaz Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Diaz require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561

(collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: October 18, 2026

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

---

**ORDER**

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, MANUEL RODRIGUEZ DIAZ, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Manuel Rodriguez Diaz
1005 S. Martin Luther King Drive
Modesto, CA 95351

IT IS SO ORDERED.

Dated: October 23, 2026

UNITED STATES DISTRICT JUDGE